UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
Joseph A. Napurano and  
Natalie J. Napurano,

Case No.: 18-24914  
Chapter: 7  
Judge: CMG

## NOTICE OF PROPOSED ABANDONMENT

On 9/26/18, Barry W. Frost, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk: Clarkson S. Fisher U.S. Courthouse - 402 East State Street - Trenton, New Jersey, 08608

If an objection is filed, a hearing will be held before the Honorable Christine M. Gravelle on October 30, 2018 at 10 a.m. at the United States Bankruptcy Court, Courtroom no. 3. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: 2 Mayflower Dr., Stewartsville, NJ - $390,000

Liens on property: $434,000

Amount of equity claimed as exempt: $0

Objections must be served on, and requests for additional information directed to:

Name: Barry W. Frost  
Address: 3131 Princeton Pike, Building 5, Suite 110, Lawrenceville, NJ 08648  
Telephone No.: 609-890-1500

*rev.8/1/15*

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                    Case No. 18-24914-CMG
Joseph A. Napurano                                        Chapter 7
Natalie J. Napurano
       Debtors                  CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                Page 1 of 2                  Date Rcvd: Sep 26, 2018
                              Form ID: pdf905            Total Noticed: 20


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 28, 2018.
db/jdb         Joseph A. Napurano,    Natalie J. Napurano,    217 Brook Dr,    Milltown, NJ 08850-1467
517724910      ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,   PO BOX 183853,    ARLINGTON TX 76096-3853
               (address filed with court: AMERICREDIT FINANCIAL SERVICES, INC.,     DBA GM FINANCIAL,
                 P.O BOX 183853,    ARLINGTON, TX 76096)
517665187       Chase Card,   PO Box 15298,   Wilmington, DE 19850-5298
517665190      ++++DITECH FINANCIAL LLC,   332 MINNESOTA ST STE E610,   SAINT PAUL MN 55101-1311
               (address filed with court: Ditech Financial LLC,    332 Minnesota St Ste 610,
                 Saint Paul, MN 55101-7707)
517665191       Gm Financial,   PO Box 181145,   Arlington, TX 76096-1145
517665193      +Lyons Dougherty And Veldhuis,   136 Gaither Drive, Ste 100. Pob 1269,
                 Mt Laurel, NJ 08054-7269
517665196      +Pressler & Pressler,    7 Entin Road,   Parsipanny, NJ 07054-5020
517665197      +Rickart Coll Systems,    575 Milltown Rd,   North Brunswick, NJ 08902-3336
517665198       Roundpoint Mtg,   5032 Parkway Plaza Blvd,    Charlotte, NC 28217-1918
517665195       pendrik capital partners llc/trans world,    500 Virginia Dr Ste 514,
                 Fort Washington, PA 19034-2707

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 27 2018 00:30:00     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 27 2018 00:29:57     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517665185       E-mail/Text: ally@ebn.phinsolutions.com Sep 27 2018 00:29:06     Ally Financial,
                 200 Renaissance Ctr,   Detroit, MI 48243-1300
517665186       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 27 2018 00:33:50     Capital One,
                 15000 Capital One Dr,   Richmond, VA 23238-1119
517665189       E-mail/Text: mrdiscen@discover.com Sep 27 2018 00:29:07     Discover Fin Svcs LLC,
                 PO Box 15316,   Wilmington, DE 19850-5316
517665192       E-mail/Text: bknotificationdistribution@jhcapitalgroup.com Sep 27 2018 00:31:05
                 Jh Portfolio Debt Equi,    5757 Phantom Dr Ste 225,   Hazelwood, MO 63042-2429
517665194       E-mail/Text: bankruptcydpt@mcmcg.com Sep 27 2018 00:29:56     Midland Funding,
                 2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
517665199       E-mail/PDF: gecsedi@recoverycorp.com Sep 27 2018 00:33:05     Syncb/Ashley Furniture,   C/o,
                 PO Box 965036,   Orlando, FL 32896-5036
517666288      +E-mail/PDF: gecsedi@recoverycorp.com Sep 27 2018 00:33:05     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
517665188       E-mail/Text: creditreconciliation@peoples.com Sep 27 2018 00:29:59     Citizens Bank,
                 1000 Lafayette Blvd,   Bridgeport, CT 06604-4725
                                                                                             TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517665184     ##A-1 Collections Svc,   101 Grovers Mill Rd,   Lawrenceville, NJ 08648-4706
                                                                                TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2018                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin               Page 2 of 2              Date Rcvd: Sep 26, 2018
                              Form ID: pdf905           Total Noticed: 20
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 26, 2018 at the address(es) listed below:
              Barry   Frost    trustee@teichgroh.com, NJ94@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor    RoundPoint Mortgage Servicing Corporation
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Edward Nathan Vaisman    on behalf of Joint Debtor Natalie J. Napurano
               defensecounsel@optonline.net,  G20495@notify.cincompass.com
              Edward Nathan Vaisman    on behalf of Debtor Joseph A. Napurano defensecounsel@optonline.net,
               G20495@notify.cincompass.com
              Rebecca Ann Solarz    on behalf of Creditor    RoundPoint Mortgage Servicing Corporation
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```