Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 18−24914−CMG
        Chapter: 7
        Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Joseph A. Napurano | Natalie J. Napurano |
| 217 Brook Dr | 217 Brook Dr |
| Milltown, NJ 08850−1467 | Milltown, NJ 08850−1467 |

Social Security No.:
  xxx−xx−0441                                         xxx−xx−3551

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Barry Frost is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>October 26, 2018</u>                 <u>Christine M. Gravelle</u>
                                                    Judge, United States Bankruptcy Court